# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL F. ZABRESKY,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:12-0020 |
| v. | : | (JUDGE MANNION) |
| **JULIANNE VON SCHMELING,** | : | |
| *et al.*, | : | |
| Defendants | : | |

# ORDER

**IT IS HEREBY ORDERED**:

**1.)** Defendant von Schmeling's motion for summary judgment, (Doc. No. 98), is **GRANTED** for the reasons stated in the memorandum of this date..

**2.)** Judgment is to be entered in favor of the Defendant von Schmeling.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE:** October 9, 2013
O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-0020-03-ORDER.wpd