UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL F. ZABRESKY,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:12-0020 |
| v. : | (JUDGE MANNION) |
| **JULIANNE VON SCHMELING,** : *et al.*, | |
| : | |
| **Defendants** | |
| : | |

# ORDER

For the reasons set forth in the court's memorandum issued this same day, **IT IS HEREBY ORDERED** that:

(1) The defendants' motion for summary judgment, (Doc. No. 100), is **GRANTED**;

(2) The clerk is to enter judgment in favor of defendants Michael Quinn, Eugene Duffy, Jr., James Davis, Kevin J. Kane, James Biscotto, Robert Austin, Joseph Para, and John Tigue;

(3) The clerk is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: February 4, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-0020-04-ORDER.wpd