# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL F. ZABRESKY,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:12-0020 |
| v. | : | (JUDGE MANNION) |
| **JULIANNE VON SCHMELING,** *et al.*, | : | |
| | : | |
| Defendants | : | |
| | : | |

## ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) the defendants' motion for attorney's fees, (Doc. 137), is **GRANTED**;

(2) The plaintiff is **ORDERED** to reimburse the defendants $50,000 in attorney's fees.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: May 28, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-0020-05-ORDER.wpd